UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                Plaintiff,

        -against-

N.Y.P.D., et al.,

                Defendants.

1:20-CV-1316 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

    In an order dated November 7, 2019, and entered the next day, the Court barred Plaintiff from filing any new civil action in this Court *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019). On February 14, 2020, Plaintiff filed this new *pro se* civil action with a request to proceed IFP.[1]

    Plaintiff has not sought leave from the Court to file this action. Accordingly, the Court dismisses this action without prejudice for Plaintiff's failure to comply with the November 7, 2019 order in *Frost*, ECF 1:19-CV-8936, 6.

    The Court directs the Clerk of Court to note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF 3.)

---

[1] On that same date, the Court imposed additional filing restrictions on Plaintiff. *Frost v. NYPD*, ECF 1:20-CV-0417, 5 (S.D.N.Y. Feb. 14, 2020).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: February 18, 2020
        New York, New York

                                      COLLEEN McMAHON
                                      Chief United States District Judge